UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | NO. 5:25-BK-01081-MJC |
| TAYLOR LYNN NOTO,<br>fka TAYLOR LYNN HEFFERNAN,<br>Debtor | CHAPTER 7 |
| JONESTOWN BANK &<br>TRUST CO.,<br>Movant | |
| vs. | |
| TAYLOR LYNN NOTO,<br>fka TAYLOR LYNN HEFFERNAN,<br>Respondents<br>AND | CONCURRENCE OF DEBTOR |
| JOHN J. MARTIN,<br>CH. 7 TRUSTEE | |

### CERTIFICATE OF CONCURRENCE

AND NOW, comes Paul C. Bametzreider, and hereby certifies and agrees that Debtor does concur in the request of Jonestown Bank & Trust Co. for Relief from Automatic Stay.

BARLEY SNYDER

By _____
Paul C. Bametzreider, Esq., ID #55748
Attorney for Movant
1601 Cornwall Road
Lebanon, PA 17042
(717) 273-3733

12980498.1